1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOLF TAILOR, LLC, | ) No. |
|     Plaintiff, | ) GOLF TAILOR, LLC'S CORPORATE <br> ) DISCLOSURE STATEMENT |
| vs. | ) |
| GOLFBESTBUY INC.; KINGSTAR CORPORATION, a/k/a DONGGUAN CITY HUANDA SPORTS EQUIPMENT CO. LTD.; and JONATHAN H. WANG, a/k/a WANG BENHUAN, and JANE DOE WANG, and the marital community composed therein, | ) |
|     Defendants. | ) |

Pursuant to Local Rule 7.1, Golf Tailor, LLC, certifies as follows: (1) there is no parent corporation or any publicly held corporation owning more than 10% of its stock; (2) the members or owners in a joint venture or limited liability corporation (LLC) are as follows: Timothy Oyler, Michael Rhine (Cage), The Rutherford Family Trust, the Douglas F. Tewell 2000 Trust, the Miles Dickinson Revocable Trust, Charles B. Darr, III, Robert Gray Cherry, and Patrick Bates; (3) there are no partners in a partnership or limited liability partnership (LLP); and (4) there is no corporate member.

GOLF TAILOR, LLC'S CORPORATE
DISCLOSURE STATEMENT -- 1

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

1 DATED this 2nd day of August, 2016.

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA# 26026
   Atkins Intellectual Property, PLLC
   113 Cherry Street #18483
   Seattle, WA 98104-2205
   Phone: (206) 628-0983
   E-mail: mike@atkinsip.com

HARRIS & MOURE, LLP

By /s/ Daniel P. Harris
   Daniel P. Harris
   WSBA# 16778
   Harris Moure LLP
   600 Stewart Street, Suite 1200
   Seattle, WA 98101-1232
   Phone: (206) 224-5657
   Email: dan@harrismoure.com

Attorneys for Golf Tailor, LLC

GOLF TAILOR, LLC'S CORPORATE
DISCLOSURE STATEMENT -- 2

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701